20CV00887<br>Div7

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DIVISION

| | |
|---|---|
| KAREN COGDILL, )<br>    9224 Mackey St. )<br>    Overland Park, KS 66212 )<br>    )<br>               Plaintiff, )<br>    )<br>v. )<br>    )<br>WALMART INC., )<br>    Serve Resident Agent: )<br>    The Corporation Company, Inc. )<br>    112 SW 7th St., Suite 3C )<br>    Topeka, KS 66603 )<br>    )<br>               Defendant. ) | Case No.<br><br>Division |

**PETITION FOR DAMAGES**

Plaintiff Karen Cogdill, by and through the undersigned counsel, and for her claims for relief against Defendant Walmart Inc., states, alleges and avers as follows:

PARTIES

1. At all relevant times, Plaintiff Karen Cogdill was and is an individual and resident of Overland Park, Johnson County, Kansas.

2. At all relevant times, Defendant Walmart Inc. was and is a Delaware Corporation registered to do business in the State of Kansas. Defendant may be served via their resident agent The Corporation Company, Inc., 112 SW 7th St., Suite 3C, Topeka, KS 66603.

JURISDICTION & VENUE

3. This Court has both subject matter and personal jurisdiction of this matter and the parties.

4. Per K.S.A. 60-604, venue is proper in this court.

<em>Clerk of the District Court, Johnson County Kansas<br>02/18/20  01:26pm ST</em>

## FACTS COMMON TO ALL COUNTS

5. At all relevant times herein, Defendant was the owner and possessor of the property located at 9000 Metcalf Avenue, Overland Park, KS 66212 (the "Premises").

6. On October 5, 2019, Plaintiff was a business invitee at the Premises, when she tripped over a broken and crumbled sidewalk on the Premises (hereinafter the "Incident").

7. The acts and omissions of Defendant was carried out by its agent, servants and employees, acting within the course and scope of their employment with Defendant.

## COUNT I – NEGLIGENCE

8. Plaintiff hereby incorporates by reference all preceding allegations of the Petition for Damages as if full set forth herein.

9. At all relevant times herein, Defendant was the owner of the Premises and/or maintained possession, control and/or maintenance of the Premises where the Incident occurred.

10. Defendant owed a duty to exercise ordinary care to ensure that the Premises were in a reasonably safe and suitable condition for invitees, including Plaintiff.

11. At the time of the Incident, the area where the Incident occurred constituted a dangerous condition.

12. Defendant knew or should have known through the exercise of ordinary care that the condition of the Premises at the date and time of the Incident was unreasonably dangerous.

13. Alternatively, Defendant negligently created the dangerous condition or so caused it to be created by negligently maintaining the Premises, such that Defendant had actual notice of said dangerous condition.

*Clerk of the District Court, Johnson County Kansas*
*02/18/20  01:26pm ST*

14. Defendant breached its duty to Plaintiff when it failed to keep the Premises in a condition that was reasonably safe for Plaintiff and other invitees, and further by failing to remedy or warn Plaintiff of said dangerous condition.

15. As a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff was injured and has suffered and will continue to suffer damages including, but not limited to, those arising from:

    a. Past medical and hospital expenses;

    b. Future medical, hospital and life care expenses;

    c. Past lost wages;

    d. Diminished earning capacity;

    e. Past and future emotional distress;

    f. Pain and suffering;

    g. Mental anguish;

    h. Disfigurement; and

    i. Past and future loss of enjoyment of life.

16. All of Plaintiff's injuries, disabilities, infirmities and damages are permanent, painful, and progressive in nature and extent.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant in excess of $75,000, Plaintiff's costs incurred herein and for such other and further relief as the Court deems just and proper.

*Clerk of the District Court, Johnson County Kansas*
*02/18/20  01:26pm ST*

<u>DEMAND FOR A JURY TRIAL</u>

Plaintiff hereby demands a trial by jury on all counts and claims in this cause of action.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

<u>/s/ Cassandra K. Robinson</u>
CASSANDRA K. ROBINSON        #27421
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7500
Fax:    (816) 888-7519
E-mail: <u>cassandra.robinson@dmlawusa.com</u>
**ATTORNEYS FOR PLAINTIFF**

20EF040839

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

KAREN COGDILL

                Plaintiff             Case No: 20CV00887

vs                                         Division:   7

                                               K.S.A. Chapter 60

WALMART INC.

                Defendant

## REQUEST AND SERVICE INSTRUCTION FORM

To:  Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for WALMART INC. whose address for service is:

    112 SW 7TH ST., SUITE 3C
    TOPEKA, KS 66603

Service through the Sheriff of SHAWNEE County, State of KANSAS

                                       By: /s/ CASSANDRA K ROBINSON
                                       CASSANDRA K ROBINSON, #27421
                                       12101 WOODCREST EXECUTIVE DR STE 100
                                       ST LOUIS, MO 63141
                                       314-542-5040

*Clerk of the District Court, Johnson County Kansas*
*02/18/20  01:26pm ST*

20CV00887<br>
Div7

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DIVISION

| | |
|---|---|
| KAREN COGDILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 20CV00887 |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

**REQUEST FOR CLERK'S EXTENSION OF TIME**

Pursuant to Kansas Supreme Court Rule 113 Defendant Walmart, Inc. ("Defendant" or "Walmart"), requests the Clerk of the Court to extend for fourteen (14) days the time within which Defendant may file an answer of otherwise plead in response to Plaintiff's Petition in this action (Doc. 1). In support of this request, Defendant states as follows:

1. Plaintiff Karen Cogdill ("Plaintiff") filed her Petition on February 19, 2020.
2. Defendant Walmart, Inc. was served with a summons and copy of the Petition on February 26, 2020;
3. Defendant's responsive pleading to Plaintiff's Petition is currently due on or before March 18, 2020;
4. Pursuant to Kansas Supreme Court Rule 113, Defendant requests an extension of time of fourteen (14) days up to and including April 1, 2020, to file their responsive pleading(s) to the Petition;
5. This is Defendant's first request for an extension of time with respect to this deadline;
6. Defendant's time to file a responsive pleading to the Petition has not expired as of the date of this Motion; and
7. This request is being made in good faith and not for the purpose of hindering or delaying these proceedings.

Wherefore, for the above and foregoing reasons, and pursuant to Kansas Supreme Court Rule 113, Walmart, Inc. is hereby granted an additional (14) days, up to and including April 1, 2020, in which to Answer or otherwise respond to Plaintiff's Petition.

*Clerk of the District Court, Johnson County Kansas*
*03/17/20  03:45pm MM*

Respectfully submitted:

/s/ Lindsay P. Windham
Lindsay P. Windham          (KS #26212)
M. Jared Marsh              (KS #21111)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of March 2020, the foregoing was electronically filed with the Clerk of the Court via the Court's CM/ECF system which sends notification to:

Cassandra K. Robinson
DIPASQUALE MOORE, LLC
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
TEL: (816) 888-7500
FAX: (816) 888-7519
E-MAIL: cassandra.robinson@dmlawusa.com

/s/ Lindsay P. Windham
ATTORNEY FOR DEFENDANT

20CV00887<br>Div7

# IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
## CIVIL COURT DIVISION

| | |
|---|---|
| KAREN COGDILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 20CV00887 |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ORDER GRANTING EXTENSION
## OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to Kansas Supreme Court Rule 113 Defendant Walmart, Inc. ("Defendant" or "Walmart"), whose responsive pleadings are currently due on or before March 18, 2020 requests an additional fourteen (14) days, up to and including April 1, 2020, to Answer or otherwise respond to Plaintiff's Petition. The time originally prescribed to Answer or otherwise respond to Plaintiff's Complaint has not yet expired.

Wherefore, Walmart, Inc. is hereby granted an additional (14) days, up to and including April 1, 2020, in which to Answer or otherwise respond to Plaintiff's Petition.

Date:_____

/s/ HEIDI STANZYK
Dated: 03/18/20
_____
CLERK OF THE DISTRICT COURT

20CV00887
Div7

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DIVISION

| | | |
|---|---|---|
| KAREN COGDILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  20CV00887 |
| | ) | |
| WALMART INC., | ) | Division 7 |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020 electronic versions (in Microsoft Word and PDF) of Plaintiff's First Interrogatories and First Request for Production of Documents to Defendant Walmart Inc. were sent via e-mail, to:

Lindsay P. Windham
M. Jared Marsh
HALBROOK WOOD, PC
3500 W 75th Street, Suite 300
Prairie Village, KS 66208
Phone:   (913) 529-1188
Fax:       (913) 529-1199
Email:    lwindham@halbrookwoodlaw.com
               jmarch@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

/s/ Cassandra K. Robinson
CASSANDRA K. ROBINSON         #27421
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7500
Fax:    (816) 888-7519
E-mail: cassandra.robinson@dmlawusa.com
**ATTORNEYS FOR PLAINTIFF**

*Clerk of the District Court, Johnson County Kansas*
*03/25/20  02:26pm MM*