**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KAREN COGDILL ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 2:20-cv-02143** |
| v. ) | |
| ) | |
| WALMART, INC., ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT STIPULATION TO REMAND**

Plaintiff Karen Cogdill ("Plaintiff") by and through the undersigned counsel, hereby stipulates that she is seeking total damages not to exceed $75,000 and will agree to limit any verdict to $75,000 or less.

Based on Plaintiff's stipulation to limit her damages and potential verdict to $75,000 or less, Defendant Walmart, Inc., by and through the undersigned counsel hereby stipulates to remand of this matter to the District Court of Johnson County, Kansas. Defendant reserves the right to file for removal in the future if Plaintiff amends her cause of action to assert a claim of damages in excess of $75,000.

WHEREFORE, Plaintiff Karen Cogdill and Defendant Walmart, Inc. respectfully request that the Court enter an Order to Remand and provide all other relief that is just and proper under the circumstances.

Date: April 3, 2020.

1

Respectfully submitted:


/s/ M. Jared Marsh
Lindsay P. Windham        (KS #26212)
M. Jared Marsh            (KS #21111)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT


and


/s/ Blaine E. Dickeson
Cassandra K. Robinson     (KS #27421)
Blaine E. Dickeson        (KS #22475)
DIPASQUALE MOORE, LLC
4050 Pennsylvania Ave., Suite 121
Kansas City, MO  64111
TEL: (816) 888-7500
FAX: (816) 888-7519
E-MAIL: cassandra.robinson@dmlawusa.com
E-MAIL: blaine.dickeson@dmlawusa.com
ATTORNEYS FOR PLAINTIFF